## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STRIKE 3 HOLDINGS, LLC,

      *Plaintiff,*

  v.

JOHN DOE subscriber assigned IP

address 108.52.236.56,

      *Defendant.*

CIVIL ACTION

NO. 21-5178

## ORDER

**AND NOW**, this 22nd day of June 2022, upon consideration of Plaintiff's Motion to Maintain Pseudonym Identifier in Case Caption and Permanently Seal Documents (ECF 9), it is hereby **ORDERED** that:

1. the Motion is **DENIED** for the reasons set forth in the accompanying memorandum;

2. The Clerk of Court shall **LIFT** the seal on the Amended Complaint (ECF 8) and Defendant's Declaration in Support of Motion to Maintain Pseudonym Identifier (ECF 10) and **REVISE** the docket accordingly. *See* (Am. Compl. ¶ 12, ECF 8).

BY THE COURT:

***/s/ Gerald J. Pappert***
GERALD J. PAPPERT, J.